# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**OMAR REILLO, JOEL RODRIGUEZ, and
JOSE SORIANO,**

              **Plaintiffs,**

**-vs-**                                                            **Case No. 6:09-cv-2113-Orl-22KRS**

**BLUE ROCK PARTNERS, LLC,**

              **Defendant.**

_____

## ORDER

This cause is before the Court on the Joint Motion to Approve Settlement and Dismiss with Prejudice (Doc. No. 16) filed on April 6, 2010.

The United States Magistrate Judge has submitted a report recommending that the Motion be granted.

After an independent *de novo* review of the record in this matter, and noting that the parties filed a joint notice of no objection (Doc. No. 18), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed April 7, 2010 (Doc. No. 17) is ADOPTED and CONFIRMED and made a part of this Order.

2. The Joint Motion for Approval of Settlement (Doc. No. 16) is GRANTED. The Court finds the settlement is a fair and reasonable resolution of a bona fide dispute over FLSA provisions.

3. The Court declines to reserve jurisdiction to enforce the settlement agreement.

4. Plaintiffs' counsel is prohibited from withholding any portion of the amounts payable to Plaintiffs under the settlement agreement or take steps to collect any amount from Plaintiffs for payment of attorney's fees and costs under a retainer agreement or otherwise.

5. Plaintiffs' counsel shall provide a copy of this Order to each Plaintiff.

6. This case is DISMISSED WITH PREJUDICE.

7. The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on April 13, 2010.

Copies furnished to:

Counsel of Record

ANNE C. CONWAY
United States District Judge